M:\DOCS\PUBLIC\67943\MISC\320257.doc
12522.056

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JEREMY MACKEN,                                  )
ANDREA MACKEN, and                              )
TAMARA SCHULER,                                 )
                                                )
          Plaintiffs,                           )
                                                )
vs.                                             )
                                                )
BRAD HILL, Individually and as                  )
Chief of Police in the Police Department of the )
City of Evansville;                             )   CAUSE NO. 3:05-cv-0202-RLY-WGH
MIKE SIDES, Individually and as                 )
Police Officer in the Police Department of the  )
City of Evansville; and                         )
BROCK HENSLEY, Individually and as              )
Police Officer in the Police Department of the  )
City of Evansville,                             )
                                                )
          Defendants.                           )

**DEFENDANT, BRAD HILL'S, ANSWER TO**
**PLAINTIFFS' COMPLAINT & JURY DEMAND**

Comes now Defendant, Brad Hill, Individually and as Chief of Police in the Police

Department of the City of Evansville, by counsel, David L. Jones of Bowers Harrison,

LLP, and for Answer to Plaintiff's Complaint & Jury Demand, says as follows:

1.  This Defendant denies the allegations of rhetorical paragraphs 1, 2, 13, 14,

and 15.

2.  This Defendant admits the allegations of rhetorical paragraphs 3, 7, 8, 9, 12,

and 17.

3.  This Defendant is without knowledge or information sufficient to form a belief

as to the truth of the allegations of rhetorical paragraphs 4, 5, 6, and 11.

4.  With respect to rhetorical paragraph 10, this Defendant denies that portion which states: ". . . their acts are imputed to the City of Evansville."  This Defendant admits the remaining allegations of rhetorical paragraph 10.

5.  With respect to rhetorical paragraph 16, this Defendant admits that part which states: "Defendants were on duty on November 1, 2005 . . ."  This Defendant denies the remaining allegations of rhetorical paragraph 16.

6.  This Defendant repeats and realleges his responses to rhetorical paragraphs 1 through 17 for his response to rhetorical paragraph 18.

7.  This Defendant denies the allegations of rhetorical paragraphs 19, 20, 21, 24, 25, 26, 28, 29, 30, 31, 33, 34, 35, 36, 38, 39, 40, 42, 44, 45, 46, 47, 48, 50, 53, 54, and 55.

8.  This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of rhetorical paragraphs 22, 23, 51, and 52.

9.  For his response to rhetorical paragraph 27, this Defendant repeats his responses to rhetorical paragraphs 1 through 26.

10.  For his response to rhetorical paragraph 32, this Defendant repeats his responses to rhetorical paragraphs 1 through 31.

11.  For his response to rhetorical paragraph 37, this Defendant repeats his responses to rhetorical paragraphs 1 through 36.

12.  This Defendant notes that there is no rhetorical paragraph denominated number 41 and, therefore, makes no response.

13.  For his response to rhetorical paragraph 43, this Defendant repeats his responses to rhetorical paragraphs 1 through 42.

14.  For his response to rhetorical paragraph 49, this Defendant repeats his allegations to rhetorical paragraphs 1 through 48.

## Affirmative Defenses

1.  The Complaint fails to state a claim against Defendant, Brad Hill, upon which any relief can be granted.

2.  This Defendant was not present at any of the events depicted in the Complaint and had no prior knowledge of any of the events described in Plaintiffs' Complaint.

3.  There is no respondeat superior liability in a § 1983 claim.  Therefore, this Defendant cannot be held liable for any conduct of the other Defendants herein.

4.  This Defendant, at all times relevant, acted in good faith and within the scope of his authority as Chief of Police of the Evansville Police Department and is entitled to qualified immunity from the federal claims of the Plaintiffs.

5.  At all times relevant, this Defendant was duly appointed and sworn Chief of Police of the Evansville Police Department who acted in good faith within the scope of his authority and is entitled to statutory immunity from the state tort claims of the Plaintiffs.

6.   This Defendant has common law immunity from the state tort claims of the Plaintiffs.

WHEREFORE, this Defendant prays for judgment in his favor and against the Plaintiffs; that Plaintiffs take nothing by way of their Complaint; for this Defendant's costs and attorney's fees as provided by law; and all other relief deemed proper in the premises.

Respectfully submitted,

/s/ David L. Jones_____
David L. Jones
Attorney No. 10588-82
Bowers Harrison, LLP
IBM Building, Second Floor
25 N.W. Riverside Drive
Evansville, Indiana 47708
Telephone: (812) 426-1231
Fax: (812) 464-3676
E-mail: dlj@bowersharrison.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of December, 2005, a copy of the foregoing pleading or paper was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David W. Kent, Esq.
Johnson, Carroll, Norton, Kent & Straus, P.C.
2230 W. Franklin Street
Evansville, Indiana 47712

I certify that on the 27th day of December, 2005, a copy of the foregoing pleading was mailed, by first class mail, postage prepaid and properly addressed, to the following:

Bradley A. Happe, Esq.
P.O. Box 6863
Evansville, Indiana 47719

/s/ David L. Jones_____
David L. Jones
Attorney No. 10588-82
Bowers Harrison, LLP
IBM Building, Second Floor
25 N.W. Riverside Drive
Evansville, Indiana 47708
Telephone: (812) 426-1231
Fax: (812) 464-3676
E-mail: dlj@bowersharrison.com

4